# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CLIFTON SHAD JONES,<br><br>      Plaintiff,<br>v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>      Defendant. | Case No.  3:18-cv-00231-D<br><br>Honorable Judge Sidney A. Fitzwater |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CLIFTON SHAD JONES, and the Defendant, SANTANDER CONSUMER USA INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against SANTANDER CONSUMER USA INC , pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 30, 2018                                         Respectfully Submitted,

**CLIFTON SHAD JONES**                              **SANTANDER CONSUMER USA, INC.,**

/s/ Nathan C. Volheim                                       /s/ Virginia Bell Flynn (*with consent*)
Nathan C. Volheim                                            Virginia Bell Flynn
*Counsel for Plaintiff*                                          *Counsel for Defendant*
Sulaiman Law Group, LTD                              Troutman Sanders LLP
2500 S. Highland Avenue, Suite 200              4320 Fairfax Avenue
Lombard, Illinois 60148                                   Dallas, TX 75205
Phone: (630) 575-8181                                    Phone: (804) 697-1480
Fax :( 630) 575-8188                                      virginia.flynn@troutmansanders.com
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim